IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| RONALD TITLBACH, RICHARD PITT, | ) |   |
|---|---|---|
| Plaintiff, | ) |   |
| v. | ) | Case No. CIV-18-967-R |
| B. ANTONELLI, et al., | ) |   |
| Defendants. | ) |   |

## ORDER

Plaintiffs filed this action seeking relief pursuant to *Bivens v. Six Unknown Narcotics Agents*, 403 U.S. 388 (1971). Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bernard M. Jones for preliminary review. Upon review Judge Jones recommended that Plaintiff Pitt be dismissed from this action because joinder of the two Plaintiffs' claims was infeasible under Rule 20 of the Federal Rules of Civil Procedure. Plaintiff did not object to the Report and Recommendation, nor did he respond to a subsequent Order entered by Judge Jones regarding his intentions. However, on November 9, 2018, Mr. Pitts initiated a separate action in his own name, *Pitt v. Antonelli et al.*, Case No. CIV-2018-1102-R. Accordingly, the Court hereby ADOPTS the Report and Recommendation entered by Judge Jones on October 11, 2018, and dismisses Mr. Pitts' claims in this action without prejudice.

**IT IS SO ORDERED** this 14th day of November 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE